UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEON, *et al.*,<br><br>                              Plaintiffs,<br><br>- against -<br><br>ECP-PF HOLDINGS GROUP, INC., *et al.*,<br><br>                              Defendants. | Case No. 1:16-cv-1401 (DNH/CFH)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK         )
                          : ss.:
COUNTY OF NEW YORK        )

MARCUS GRIFFIN, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 23rd day of November, 2016, I served the NOTICE OF REMOVAL WITH JURY DEMAND, and a copy of GENERAL ORDER # 25, and materials, on plaintiff by mailing it to their attorneys at the following address:

James E. Hacker, Esq.
Attorney for Plaintiffs
28 Second Street
Troy, New York  12180

and

Reger Rizzo & Darnall LLP
Of Counsel
Attorneys for the Plaintiffs
Cira Centre, 13th Floor
2929 Arch Street
13th Floor
Philadelphia, PA  19104

the address designated by them for that purpose. Service was completed by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department.

_____
MARCUS GRIFFIN

Sworn to before me this
23rd day of November, 2016.

_____
Notary Public

ROSEMARY ROMAN ALEXANDER
Notary Public, State of New York
No. 01AL6178443
Qualified in Queens County
Certificate Filed in New York County
Commission Expires December 3, 2019