UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEON and D.T.L. ENTERPRISES, LLC,<br><br>                    Plaintiffs,<br><br>-Against-<br><br>ECP-PF: NY OPERATIONS (EAST), LLC,<br>ECP-PF HOLDINGS GROUP, INC.,<br>ECP-PF: NY OPERATIONS (WEST), LLC,<br>ECP-PF: ARIZONA, LLC,<br>ECP-PF: CANADA, LLC,<br>ECP-PF: CT OPERATIONS, INC. and<br>ECP-PF: NM OPERATIONS, INC.,<br><br>                    Defendants. | **MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No.: 1:16-CV-1401 (DNH/CFH) |

      COMES NOW James E. Hacker, an attorney duly licensed to practice law in the State of New York and admitted to practice in the United States District Court for the Northern District of New York, who is serving as counsel for plaintiffs in the above-styled action, and hereby moves for the admission *Pro Hac Vice* of Robert W. Small, an attorney duly licensed to practice law in the State of Pennsylvania. In support of this motion, your movant represents the following:

      1. Robert W. Small is an attorney duly licensed to practice law in the State of Pennsylvania, having been so admitted by the Supreme Court of Pennsylvania on October 16, 1974.

      2. Mr. Small has been admitted to practice in the Supreme Court of Pennsylvania, before the United States District Court for the Eastern District of Pennsylvania (January 7, 1975), before the United States Court of Appeals for the Third Circuit (October 14, 1987) and before the Supreme Court of the United States (June 20, 1994).

3. Mr. Small has extensive experience in commercial litigation actions.

4. Mr. Small is a member of the law firm which was retained to represent the plaintiffs in this action, and is familiar with the matters in question.

WHEREFORE, your movant respectfully requests the entry of an Order admitting this motion and admitting Robert W. Small *Pro Hac Vice* to act as co-counsel for the plaintiffs before this Honorable Court in the above-styled action.

Dated: November 28, 2016.

DAVID LEON and D.T.L. ENTERPRISES, LLC

_____
James E. Hacker, Esq.
Bar Roll No.: 101888
E. STEWART JONES HACKER MURPHY, LLP
28 Second Street
Troy, New York 12180
Tel: (518) 274-5820
Fax: (518) 274-5875
E-Mail: jhacker@joneshacker.com
Co-Counsel for Plaintiffs


Robert W. Small, Esq.
REGER RIZZO & DARNALL, LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 495-6541
E-Mail: rsmall@regerlaw.com
Co-Counsel for Plaintiffs

TO:

Christopher G. Campbell, Esq. (511346)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6000
E-Mail: christopher.campbell@dlapiper.com
Attorney for ECP Defendants