IT IS SO ORDERED:

_/s/ David N. Hurd_
David N. Hurd
United States District Judge

Dated: May 16, 2017
Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DAVID LEON AND D.T.L. ENTERPRISES, LLC,

Plaintiffs,

- against -

ECP-PF HOLDINGS GROUP, INC., ECP-PF: NY OPERATIONS (EAST), LLC, ECP-PF: NY OPERATIONS (WEST), LLC, ECP-PF: NY OPERATIONS, INC., ECP-PF: ARIZONA, LLC, ECP-PF: CANADA, LLC, ECP-PF: CT OPERATIONS, INC., ECP-PF: NM OPERATIONS, INC.

Defendants.

1:16-cv-01401-DNH-CFH

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**HON. DAVID N. HURD**

COME NOW Plaintiffs David Leon and D.T.L. Enterprises, LLC and Defendants ECP-PF Holdings Group, Inc.; ECP-PF NY Operations, Inc.; ECP-PF: NY Operations (East), LLC; ECP-PF: NY Operations (West), LLC; ECP-PF: Arizona, LLC; ECP-PF: Canada, LLC; ECP-PF: CT Operations, Inc.; and ECP-PF: NM Operations, Inc. (collectively, "the Parties") and file this Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), as to all claims asserted by the Parties in the above-styled action, with each of the Parties to bear its own costs and attorney's fees.

Dated: May 11, 2017
Troy, New York

_/s/ James E. Hacker_
James E. Hacker (101888)
Attorney for Plaintiffs
E. Stewart Hacker Jones Murphy
28 Second Street
Troy, New York 12180
Telephone: (518) 274-5820
Email: jhacker@joneshacker.com

and

_/s/ Christopher G. Campbell_
Christopher G. Campbell (511346)
Attorney for Defendants
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 835-6000
Facsimile: (212) 335-4501
Email: christopher.campbell@dlapiper.com

Robert W. Small (107419)  
Reger Rizzo and Darnall LLP  
Of Counsel  
Attorneys for Plaintiffs:  
Cira Centre, 13th Floor  
2929 Arch Street  
13th Floor  
Philadelphia, PA 19104  
Telephone: (215) 495-6544  
Email: rsmall@regerlaw.com  

Of counsel for Defendants:  
Delia G. Frazier (107424)  
DLA Piper LLP (US)  
One Atlantic Center  
1201 West Peachtree Street  
Suite 2800  
Atlanta, Georgia 30309  
Telephone: (404) 736-7800  
Facsimile: (404) 682-7800  
Email: delia.frazier@dlapiper.com